IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RICK MENDELSSOHN, INDIVIDUALLY AND WITH POWER OF ATTORNEY FOR J.M., A MINOR CHILD; AND AMY BIRNBAUM, INDIVIDUALLY AND WITH POWER OF ATTORNEY FOR J.M., A MINOR CHILD;<br>        *Plaintiffs*<br><br>-vs-<br><br>AUSTIN INDEPENDENT SCHOOL DISTRICT, VINCENT WRENCHER, SR.,<br>        *Defendants* | A-20-CV-00203-JRN |

## ORDER

Before the Court is the above entitled and styled cause of action. The defendants in this case have filed various motions to dismiss and to strike aspects of Plaintiffs' original complaint. On June 20, Plaintiffs filed an unopposed motion for leave to amend their original complaint. The Court therefore enters the following orders.

**IT IS ORDERED** that the Motion for Leave to Amend (Dkt. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that in light of the amendment, both of the Motions to Dismiss (Dkt. 9, 10) and the Motion to Strike (Dkt. 11) are **DISMISSED AS MOOT** without prejudice to refiling.

SIGNED this 22nd day of June, 2020.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE